Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| ESMERLYN DIAZ, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION | Index Number: 1:23-CV-00141-ENV-VMS |
| vs *Plaintiff* | Client's File No.: diaz vs. chimi |
| CHIMI MUNDO AND RESTAURANT CORP., CHIMI MUNDO LOUNGE, INC., CHIMI MUNDO ON WHEELS, INC., AND MARIA LEONARDO | Court Date: |
| *Defendant* | Date Filed: 01/10/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
STEEVE LOUIS, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 6/19/2023, at 5:16 PM at: 9805 ATLANTIC AVENUE, QUEENS, NY 11416 Deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET

On: **CHIMI MUNDO ON WHEELS, INC.,**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to Ruth Doe personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Manager thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Brown | Color of hair: Brown | Glasses: |
|---|---|---|---|
| Age: 38 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 6/20/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

STEEVE LOUIS
DCA License # 2027870



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*