**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**
Client: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | | |
|---|---|---|
| ESMERLYN DIAZ | | **Index Number:** 23-CV-00141 ENV-LKE |
| | | **Client's File No.:** diaz vs. aragones |
| **vs** | *Plaintiff* | |
| RUDDY ARAGONES (AKA RUDY ARAGONES) | | **Court Date:** |
| | | **Date Filed:** 07/30/2025 |
| | *Defendant* | |

**STEEVE LOUIS**, affirms and says:

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/5/2025, at 8:12 PM at: 101-25 125TH STREET, #1 , S. RICHMOND HILL , NY 11419 affirmant served the within AMENDED SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT

On: **RUDDY ARAGONES (AKA RUDY ARAGONES)** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to RODOLSO DOE (Co-Tenant) a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Gender: Male | Race: Hispanic | | Color of hair: Brown/Gray |
|---|---|---|---|
| Age: 61 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 08/06/2025 affirmant enclosed a copy of same in a postpaid envelope properly addressed to RUDDY ARAGONES (AKA RUDY ARAGONES) at 101-25 125TH STREET, #1 , S. RICHMOND HILL , NY 11419 [X] Actual Place of Residence [] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 08/06/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

STEEVE LOUIS
DCA License # 2027870



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357

Phone 718-362-4890 -- FAX 718-352-0400
info@ppservers.com

Attn:

LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**Due By: 09/05/2025**
Invoice Date: 8/6/2025
Invoice #: 1605799
Job#: 1605799
Client File#: diaz vs. aragones

**TOTAL INVOICE AMOUNT DUE**

$69.20

- - - - - - -                                                              - - - - - -

Job #:  1605799     **Your #:**   diaz vs. aragones
**Plaintiff:**  ESMERLYN DIAZ
**Defendant:**  RUDDY ARAGONES (AKA RUDY ARAGONES)
**Index Number** 23-CV-00141 ENV-LKE
**Documents:** AMENDED SUMMONS IN A CIVIL ACTION - FIRST

**Recipient:**               **Date Received:**
RUDDY ARAGONES (AKA       8/1/2025
**Person Served:**           **Completed:**
RODOLSO DOE              8/5/2025
101-25 125TH STREET, #1 , S. RICHMOND HILL , NY 11419

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| COPIES | 28 | $0.15 | $4.20 |

Job Total Due = _____ $69.20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL INVOICE CHARGES:** $69.20
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $69.20