UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Esmerlyn Diaz,

                    *Plaintiff*,

   - *against* -

Ruddy Aragones (a/k/a Rudy Aragones),

                    *Defendant.*
------------------------------------------------------------X

Case No.: 23-cv-00141

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Ruddy Aragones (a/k/a Rudy Aragones) (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of the Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          October 24 , 2025

                                     Brenna B. Mahoney, Clerk of Court

                                     By: *Jalitza Poveda*
                                           Deputy Clerk